UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

**THERAN ALEXANDER,**
    Plaintiff,
v.                        Case No.: 8:23-cv-0252-SCB-CPT. (SJB)
**BARRY RAY TAYLOR;**
**FREDERICK J. BRITTON, SR;**
**LINDA UDOVICIC;**
**SAINT ELIGIUS, LLC.;**
**and 1-6 JOHN DOES,**
    Defendants.
_____/

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT SAINT ELIGIUS, LLC

Upon the Plaintiff's Motion for Default, the Clerk of the Court entered a default against the Defendant on April 5, 2023, DOC 12.

Pursuant to Rule 55(b)(2), the Plaintiff moves for Final Judgment by Default against Defendant, SAINT ELIGIUS, LLC, in the treble amount of $900,000,000, per the Federal RICO statutes, §§ 1962(a)-(c) (18 USCS § 1962(d)) and 18 USCS §1964, reserving jurisdiction to tax interest, attorney fees, and costs. Plaintiff files his affidavit supporting the basic amount owed of $300,000,000 for the sale of his government Bond of $1.2 billion by SAINT ELIGIUS LLC and Plaintiff not receiving anything.

Wherefore, Plaintiff moves for entry of Final Judgment by Default per Rule 55(b) (2), of the Federal Rules of Civil Procedure, in the treble damage amount of

amount of $900,000,000, against Defendant, SAINT ELIGIUS, LLC, reserving jurisdiction for taxation of interest, cost, and attorney fees.

## DECLARATION

Kennan G. Dandar, Esq., does hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Plaintiff's Affidavit are true and accurate to the best of my knowledge and belief. There has been no response by any of the Defendants to the Court's Order at DOC 8 nor the Default entered by the Clerk at DOC 12.

*/s/ Kennan G. Dandar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF this 19th day of April 2023.

*/s/ Kennan G. Dandar*
KENNAN G. DANDAR, ESQ.
Florida Bar No. 289698
TIMOTHY M. DANDAR, ESQ.
Florida Bar No. 86750
DANDAR & DANDAR, P.A.
Post Office Box 24597
Tampa, Florida 33623 -4597
PH:8 I 3-289-3858/Fax: 813-287-0895
(Email):
KGD@DandarLaw.net;
TMD@Dandarlaw.net;
**Attorneys for Plaintiff**