UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

**THERAN ALEXANDER,**
    Plaintiff,
v.                                    Case No.: 8:23-cv-0252-SCB-CPT. (SJB)
**BARRY RAY TAYLOR;**
**FREDERICK J. BRITTON, SR;**
**LINDA UDOVICIC;**
**SAINT ELIGIUS, LLC.;**
**and 1-6 JOHN DOES,**
    Defendants.
_____/

## **PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

Pursuant to Rule 55(b), Federal Rules of Civil Procedure, and M.D. Fla. R.1.10, Plaintiff, THERAN ALEXANDER, moves for Final Default Judgment against those defendants against whom a Clerk Default has already been entered: Defendant, BARRY RAY TAYLOR, DOC 18, on March 19, 2023; Defendant, FREDERICK J. BRITTON, SR., DOC 16, on March 18, 2023; and Defendant, SAINT ELIGIUS, LLC, DOC 12, on April 5, 2023. The other Defendant, LINDA UDOVICIC, continues to evade service of process.

Pursuant to Plaintiff's attached affidavit and Count II of the Complaint filed herein under the Federal RICO statute, the Plaintiff requests a Final Judgment against the defaulted defendants, jointly and severally, for treble damages in the amount of $900,000,000 (Nine hundred million dollars).

Plaintiff awaits this court advising his counsel if a hearing is necessary.

## MEMORANDUM OF LAW

Jurisdiction of the court over a party can be acquired by their voluntary appearance *Herndon v. Ridgway*, 58 U.S. 424, 425 (1854). If a defendant voluntarily appears, it is considered an admission of service and a waiver of any further inquiry on the matter. *Gracie v. Palmer*, 21 U.S.699, 700 (1823). The Supreme Court has held that pleading to the merits or a general appearance without objecting to the service is a waiver. *Munter v. Weil Corset Co.*, 261 U.S. 276, 279 (1923). A defendant's actions can be considered a voluntary appearance even without intent. See *Wabash Western Ry v. Brow*, 164 U.S. 271, 278 (1896).

All of the above federal cases were cited with approval in *Saathoff v. Duke Univ.*, No. 10-60392-Civ, 2010 U.S. Dist. LEXIS 54123 (S.D. Fla. June 2, 2010). See also *Ferrer v. Bernanke*, No. 13-22975-CIV-MARTINEZ/MCALILEY, 2014 U.S. Dist. LEXIS 203027 (S.D. Fla. Feb. 4, 2014).

WHEREFORE, Plaintiff requests that a Final Judgment be entered against Defendants.

## AFFIDAVIT

Kennan G. Dandar, Esq., does hereby certify that the statements and allegations set forth in the foregoing Motion are true and accurate to the best of my knowledge and belief. **/s/ Kennan G. Dandar, Esq.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF this 24th day of May 2023.

*/s/ Kennan G. Dandar*
KENNAN G. DANDAR, ESQ.
Florida Bar No. 289698
TIMOTHY M. DANDAR, ESQ.
Florida Bar No. 86750
DANDAR & DANDAR, P.A.
Post Office Box 24597
Tampa, Florida 33623 -4597
PH:8 I 3-289-3858/Fax: 813-287-0895
(Email):
KGD@DandarLaw.net;
TMD@Dandarlaw.net;
**Attorneys for Plaintiff**