UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERAN ALEXANDER,

    Plaintiff,

v.                                     CASE NO. 8:23-cv-252-SCB-CPT

BARRY RAY TAYLOR,
FREDERICK J. BRITTON, SR.,
LINDA UDOVICIC,
SAINT ELIGIUS, LLC,
and JOHN DOES 1-6,

    Defendants.
_____/

**MOTION TO CONFIRM CONTINUED STAY
PENDING SUBTITUTION OF NEW PLAINTIFF
AND INCORPORATED MEMORANDUM OF LAW**

Defendants Saint Eligius, LLC (the "LLC"), Colonel (Ret.) Frederick J. Britton, Sr. ("Col. (ret.) Britton"), and Barry Ray Taylor ("Mr. Taylor") (collectively, the "Saint Eligius Defendants") by and through their undersigned counsel, pursuant to the Court's October 26, 2023 Order (DE 44), Fed. R. Civ. P. 1 and 16, and the Court's inherent authority, respectfully request that the Court confirm and/or continue the stay in this action pending substitution of a new plaintiff. In support of this Motion, the Saint Eligius Defendants state:

1.      On July 1, 2023, Plaintiff's counsel filed a Notice of "Death of Plaintiff" regarding Plaintiff Theran Alexander's passing. D.E. 27.

2.  On July 21, 2023, the Court entered an Order staying the case:

"so that a new plaintiff may be substituted for Theran Alexander or the administrator of his estate may file a notice of appearance. The stay of this case is ordered with the understanding that Plaintiff's counsel shall notify the Court as soon as the estate is established and the personal representative has been appointed. Should counsel be unable to comply with the foregoing by the above deadline, he shall notify the Court, so that the stay of this case can be extended. Defendants Taylor, Britton, and Saint Eligius shall file their response to the Complaint within 14 days of the stay in this case being lifted."

D.E.37

3.      Since then, three Orders have been entered continuing a stay for the same reasons. *See* D.E. 39, 41, 44.

4.      On November 21, 2023, Plaintiff's counsel filed a Status Report stating that "we continue to wait to receive the signed order of the probate court appointing the Personal Representative. The probate case number is 522023-CP-010461-XXESPR. Counsel will advise this court once the Personal Representative is appointed.." D.E. 45 at 1.

5.      Because there still is no "new plaintiff" that has been "substituted for Theran Alexander", the Saint Eligius Defendants respectfully request that this Court confirm and/or continue the stay in this action through December 20, 2023.

## MEMORANDUM OF LAW

This Court enjoys "broad discretion to stay proceedings" as part of its inherent authority to control and manage its docket. *Stanton v. Wells Fargo.*, No. 8:16-cv-3318-T-36JSS, 2017 WL 3701143, at *1 (M.D. Fla. Jan. 23, 2017) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997)); *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235, 1241 (11th Cir. 2008) ("district courts have inherent, discretionary authority to issue stays in many circumstances."); *Perez v. Miami-Dade Cty.*, 297 F.3d 1255, 1263 (11th Cir. 2002)("[D]istrict courts are entitled to broad discretion in managing pretrial discovery matters.").

Here, the Court has already entered a stay so that a new plaintiff can be substituted for the deceased Plaintiff Theran Alexander. D.E. 37. Because the estate proceedings continue, the Saint Eligius Defendants respectfully request that the Court confirm that the stay remains in place and/or continue the stay through December 20, 2023. Accordingly, the parties respectfully submit that there is good cause for this Court to confirm or grant stay of all discovery proceedings.

**WHEREFORE**, for the foregoing reasons and authorities, Defendants Saint Eligius, LLC, Colonel (Ret.) Frederick J. Britton, Sr., and Barry Ray Taylor respectfully and jointly request that the Court enter an order confirming and/or granting a stay of all proceeding until December 20, 2023.

|  |  |
|---|---|
| Dated: November 21 2023 | Respectfully Submitted,<br><br>**McGuireWoods LLP**<br><br>/s/ *Sean P. Walsh*<br>R. Eric Bilik (FL Bar No. 987840)<br>ebilik@mcguirewoods.com<br>Sean P. Walsh (FL Bar No. 0113162)<br>swalsh@mcguirewoods.com<br>50 North Laura Street, Suite 3300<br>Jacksonville, Florida 32202<br>(904) 798-3200<br>(904) 798-3207 (fax)<br><br>*Attorneys and Trial Counsel for Saint Eligius Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2023, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to counsel of record.

/s/ *R. Eric Bilik*
Attorney

4